FILED

SEALED BY ORDER OF THE COURT

2007 AUG -8  P 2: 36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 00524 |
| Plaintiff, | |
| v. | ORDER OF THE COURT SEALING INDICTMENT AND ARREST WARRANT |
| RICARDO SAEZ and CEFERINO ORTIZ, JR., a/k/a/ "CEFE", | |
| Defendants. | |

Based on the motion of the Government, the further investigation contemplated by the Bureau of Alcohol, Tobacco, Firearms and Explosives, the need to ensure the safety of law enforcement agents, and the fact that the defendants are out of custody and unaware of the pending indictment and arrest warrant, it is hereby ordered that the indictment and arrest warrant in the

//

**SEALING ORDER**

1  above-entitled case be sealed until further order of the court.

2

3  **IT IS SO ORDERED.**

4

5  DATED: _____8/8/07_____

6

7

   _____
8  HOWARD R. LLOYD
   United States Magistrate Judge
9  Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SEALING ORDER                                        2