**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-00524 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| SAEZ, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the recently filed related case order the Court sets a Status/Trial Setting Hearing before Judge James Ware on **October 1, 2007 at 1:30 PM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy