UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge: James Ware**  
**Date:   10/22/2007**  
**Case No: CR-07-0524 JW**

**Courtroom Deputy: Elizabeth Garcia**  
**Court Reporter: Irene Rodriguez**  
**U.S. Probation Officer: N/A**  
**Interpreter:   N/A**

## TITLE

U.S.A. v.  Ricardo Saez ( C) (1)

**Attorney(s) for Plaintiff(s): Tom O'Connell**  
**Attorney(s) for Defendant(s): Mary Conn (1)**

## PROCEEDINGS

**Status/Trial Setting**

## ORDER AFTER HEARING

**Hearing Held.  Defendant Saez present and in custody for proceedings.  The Court continued this matter to 12/3/2007 for a Further Status Hearing.  Time is excluded from 10/22/2007 to 12/3/2007 to accommodate Defense counsel's investigation of discovery and for efforts to resolve this matter short of trial.**

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: