UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 2/11/2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR- 07-0504 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** | **Interpreter:** N/A |
| CR 07-0507 JW USA v. Saez | |
| CR 07-0523 JW USA v. Saez | |
| CR 07-0524 JW USA v. Saez | |
| CR 07-0525 JW USA v. Saez | |

### TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon for Ricardo Saez

### PROCEEDINGS

Status Hearing for Defendant Saez in CR-07-0504 JW and all related cases.

### ORDER AFTER HEARING

Hearing Held. Defendant Saez present and in custody for proceedings. The Court continued this matter to April 21, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from March 17, 2008 through April 21, 2008 for efforts to globally resolve this matter short of trial.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: