UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/28/2008
**Case No.:** CR-07-0524 JW
**Related Case No.:** CR-07-0504 JW
CR-07-0507 JW
CR-07-0523 JW
CR-07-0525 JW

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Summer Clanton
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez (1) ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon

## PROCEEDINGS

Disposition Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The defendant plead in open Court as to Count 2 in CR-07-0524 JW. A plea agreement was executed in open Court. The Government moved to dismiss Counts 1, 3,4 in CR-07-0524 JW and to Dismiss Indictments in CR-07-0504 JW, CR-07-0507 JW, CR-07-0523 JW, CR-07-0525 JW. The Court submitted the Government's Motion until the date of sentencing. The Court referred this matter to the Probation Office for preparation of Presentence Investigation Report in CR-07-0524 JW. The Court set a date for Judgment and Sentencing on July 7, 2008 at 1:30 PM.

_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: USPO