JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408)-535-5053
    Fax: (408)-535-5066
    E-Mail: Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00524 - JW |
| Plaintiff, ) | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. ) | |
| RICARDO SAEZ, ) | |
| Defendant. ) | |

    Defendant Ricardo Saez comes before the court for sentencing pursuant to a plea agreement under Rule 11(c)(1)(B) of the Federal Rules of Criminal Procedure, having pled guilty to Count Two of the captioned indictment charging Distribution of 50 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A)(viii).

    U.S. Probation has calculated the defendant's U.S.S.G. range to be 140 to 175 months based upon an adjusted offense level of 29 and a Criminal History Category V. The Government is in accord with the accuracy of the calculations. The Government also concurs with Probation's recommendation of a low end sentence. The defendant faces a mandatory minimum

**Sentencing Memorandum (R. Saez)**

sentence of 10 years to be followed by five years of supervised release (with conditions to be fixed by the Court), no fine, and a $100 special assessment, with no restitution or forfeiture to be imposed.

Pursuant to the plea agreement, the government hereby moves to dismiss, as against Ricardo Saez only, the open charges pending in the captioned indictment, that is, Counts One, Three, and Four, as well as the charges, again as against defendant Saez only, contained in the following indictments: CR-07-00504 (co-defendant Rolando Barrientos), CR-07-00507 (co-defendant Steven Moreno), CR-07-00523 (co-defendant Daniel Robledo), and CR-07-00526 (co-defendant Saul Nieto).

JOSEPH P. RUSSONIELLO
United States Attorney

Dated:   8/21/08                                       _____/S/_____
                                                                        THOMAS M. O'CONNELL
                                                                        Assistant United States Attorney

**Sentencing Memorandum (R. Saez)**              2