**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>   v.<br><br>RICARDO SAEZ<br><br>   Defendant.  / | NO. CR 07-00524 JW<br>RELATED CASES<br>NO. CR 07-00504 JW<br>NO. CR 07-00507 JW<br>NO. CR 07-00523 JW<br>NO. CR 07-00525 JW<br><br>**SEALING ORDER PURSUANT TO GENERAL ORDER 54** |

   The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

   **X**    Presentence Report

   ___    Plea Agreement

   **X**    Statement of Reasons

   ___    _____
              (Other)

Dated: September 3, 2008

   _____
   JAMES WARE
   United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Probation Office
United States Marshal Service
280 South First Street
San Jose CA 95113

**Dated: September 3, 2008**               **Richard W. Wieking, Clerk**

                                                          **By:** _Elizabeth C. Garcia_
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California